

# FILED

DEC 1 4 2017

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN RENO SPANG, Jr.<br><br>Defendant. | CR 14-128-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, ADRIAN RENO SPANG is hereby

released from the custody of the U.S. Marshal Service.

DATED this 14th day of December, 2017.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1