

**FILED**

DEC 15 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-128-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| ADRIAN RENO SPANG, JR., | |
| Defendant. | |

For the reasons stated on the record at the Final Revocation Hearing held

before this Court on December 14, 2017,

IT IS HEREBY ORDERED that the Petition for Violation of Conditions of

Supervision (Doc. 78) is **DISMISSED**.

DATED this _14th_ day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1