

FILED

JUN - 5 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN RENO SPANG, JR.,<br><br>Defendant. | CR 14-128-BLG-SPW-2<br><br><br>ORDER |

For the reasons stated on the record, ADRIAN RENO SPANG, JR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 5th day of June, 2019.

SUSAN P. WATTERS
United States District Judge